**596**

Ahmad ATKINSON, Appellant,

v.

STATE of Florida, Appellee.

No. 1D16–4310.

District Court of Appeal of Florida,
First District.

Dec. 1, 2016.

Ahmad Atkinson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Upon consideration of appellant's response to the Court's order of March 15, 2016, the Court has determined that the appeal is untimely. Accordingly, the appeal is dismissed. The dismissal is without prejudice to appellant filing a petition for belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).

LEWIS, ROWE, and KELSEY, JJ., concur.

Reno WOLFGANG, Appellant,

v.

Jeffrey J. DAWSY, as Sheriff of
Citrus County, Appellee.

Case No. 5D16–1797

District Court of Appeal of Florida,
Fifth District.

Opinion filed December 2, 2016

Reno Wolfgang, Punta Gorda, pro se.

R. Wesley Bradshaw, of Bradshaw & Mountjoy, P.A., Inverness, for Appellee.

PER CURIAM.

Reno Wolfgang appeals the dismissal of his cause of action for replevin seeking return of property seized during the course of a criminal investigation. We affirm. See Pondella Hall For Hire, Inc. v. City of St. Cloud, 837 So.2d 510, 511–12 (Fla. 5th DCA 2003) (concluding trial court correctly dismissed replevin action because it lacked jurisdiction; cause of action must be brought in court with jurisdiction over the criminal proceedings (citing Eight Hundred Inc. v. State, 781 So.2d 1187, 1190–91 (Fla. 5th DCA 2001))).[1]

AFFIRMED.

SAWAYA, COHEN and EDWARDS, JJ., concur.

---

1. We note that the dismissal is without prejudice to Wolfgang pursuing his claim in the appropriate court. See Pondella Hall For Hire, Inc., 837 So.2d at 512.